IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **AGNES BERNICE HOLBROOK,**      ) | Civil Action No. 7:11-cv-00464 | |
| Petitioner,      ) | | |
| ) | | |
| v.      ) | **ORDER** | |
| ) | | |
| **WARDEN,**      ) | By: | Hon. Michael F. Urbanski |
| Respondent.      ) | | United States District Judge |

In accordance with the accompanying Memorandum Opinion entered this day, it is hereby

**ORDERED**

that respondent's motion to dismiss is **GRANTED**; petitioner's motion to expedite is **DENIED** as moot; a certificate of appealability is **DENIED**; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to petitioner and counsel of record for respondent.

Entered:  December 6, 2011

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge